# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WESTFIELD VILLAGE COMMUNITY IMPROVEMENT ASSOCIATION, *Plaintiff(s)* | } } } } |
| v. | } }  CIVIL ACTION NO. H-03-0368 |
| THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, *et al.*, *Defendant(s)* | } } } } |

## PARTIAL JUDGMENT

Pursuant to the memorandum opinion entered on this date, the Court hereby enters final judgment in favor of Plaintiff Westfield Village Community Improvement Association and against Defendant Secretary of Housing and Urban Development in the amount of $8457.54.

**SIGNED** at Houston, Texas, this 1st day of August, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE